**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

RODERICK MOORE,

Plaintiff,

vs.

MELINDA RINEHART

Defendant.

Case No. 1:26-cv-613

District Judge Michael R. Barrett
Magistrate Judge Kimberly A. Jolson

## REPORT AND RECOMMENDATION

Plaintiff, a prisoner at the Federal Correctional Institution Schuylkill, filed a *pro se* civil rights Complaint in this Court. (Doc. 1). This matter is before the Undersigned to recommend dismissal of this action for want of prosecution.

On June 22, 2026, the Clerk of Court mailed a Notice of Deficiency to Plaintiff due to several deficiencies in his filing. (Doc. 2). Plaintiff did not respond so the Undersigned issued a Deficiency Order on August 10, 2026, directing Plaintiff to cure the following deficiencies:

1. Plaintiff did not pay the required filing fee or submit a completed application to proceed *in forma pauperi*s.
2. Plaintiff did not file a civil cover sheet.
3. Plaintiff did not provide service documents.

(Doc. 3). The Court set a deadline of thirty (30) days to comply. Plaintiff then requested an extension of time, and the Court granted Plaintiff an additional forty-five (45) days, or until

October 26, 2026, to cure deficiencies. To date, Plaintiff still has not complied with the Deficiency Order or sought an additional extension of time.

In the prior Deficiency Order, the Undersigned warned Plaintiff that if he failed to comply with the Order, the Court may dismiss the case for want of prosecution. (Doc. 3 at 2). Because Plaintiff has not requested an extension of time or complied with the Deficiency Order, the Undersigned **RECOMMENDS** that this case be **DISMISSED for want of prosecution**. *In re Prison Litigation Reform Act*, 105 F.3d 1131 (6th Cir. 1997).

**IT IS SO RECCOMENDED.**

November 23, 2026

*/s/ Kimberly A. Jolson*
KIMBERLY A. JOLSON
United States Magistrate Judge

**PROCEDURE ON OBJECTIONS**

Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations. This period may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections **WITHIN 14 DAYS** after being served with a copy thereof. Failure to make objections in

accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).